UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SEATTLE PREMIUM TRANSPORTATION, LLC, a Washington corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>PEOPLE'S BANK OF COMMERCE D/B/A STEELHEAD FINANCE, LLC, an Oregon entity,<br><br>                          Defendant. | Case No. 1:23-cv-01769-CL<br><br>**FINAL ORDER OF DISMISSAL WITH PREJUDICE** |
| PEOPLE'S BANK OF COMMERCE D/B/A STEELHEAD FINANCE, LLC, an Oregon entity,<br><br>                          Counterclaimant,<br><br>v.<br><br>SEATTLE PREMIUM TRANSPORTATION, LLC a Washington corporation and MANDEEP SINGH GILL and KAMJIT SINGH, jointly and severally,<br><br>                          Counterdefendants. | |

PAGE 1 – FINAL ORDER OF DISMISSAL WITH PREJUDICE

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Amended Joint Stipulation for Final Order of Dismissal With Prejudice (the "Joint Stipulation") filed by Plaintiff, Seattle Premium Transportation, LLC, ("Seattle") and Defendant People's Bank of Commerce D/B/A Steelhead Finance, LLC, ("Steelhead") and as of yet not joined but Seattle-related party, Kamjit Singh Defendant.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Stipulation is hereby **GRANTED**.

2. The Complaint and any or all claims or causes of action asserted or which could have been asserted in this case by and between the Steelhead, Peoples and/or Singh are hereby voluntarily dismissed, with prejudice.

3. Seattle, Steelhead and Singh shall each bear its/his own attorneys' fees and costs incurred in this Action.

4. This Court shall retain jurisdiction to enforce the terms of Settlement Agreement by and between Seattle, Steelhead and Singh.

5. Any party may seek permission of the Court to reopen this lawsuit if all conditions of settlement are not performed within sixty (60) days of entry of this Order.

**DONE** and **ORDERED** in chambers, this  20  day of  February , 2024.

MARK D. CLARKE
United States Magistrate Judge